# Order

Michigan Supreme Court
Lansing, Michigan

July 29, 2013

Robert P. Young, Jr.,
Chief Justice

142842(88)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KENNETH ADMIRE,
     Plaintiff-Appellee,

v

AUTO-OWNERS INSURANCE COMPANY,
     Defendant-Appellant.
_____/

SC: 142842
COA: 289080
Ingham CC: 07-001752-NF

On order of the Court, the motion for rehearing is considered and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2013



Clerk